# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| NIKLAUS K. WARD § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:22-CV-1218-S-BK |
| ROCKWALL COUNTY SHERIFF and § | |
| ROCKWALL COUNTY DISTRICT § | |
| COURT § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

**SO ORDERED.**

SIGNED December 13, 2022.

_____
**UNITED STATES DISTRICT JUDGE**